IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK OTIS NELSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, S. C. PECK, D. K. SISTO, SINGH, M. CHIRILA, PICCO, WIFL, K. PANLY, R. KNUDSEN, and JOHN DOES 1-100,<br><br>    Defendants. | Case No. 2:09-cv-00140-MSB<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS** |

    Plaintiff Patrick Nelson is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to 28 U.S.C. § 1915(b)(1), Nelson is obligated to pay the statutory filing fee of $350.00 for this action. An initial partial filing fee will not be assessed (due to Nelson's average monthly deposit of $0.00). Nelson is required to make monthly payments in the amount of twenty percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The California Department of Corrections is obligated to send to the Clerk of the Court payments from Nelson's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *Id.*

    **Accordingly**,

1  **IT IS HEREBY ORDERED** directing the Director of the California Department of Corrections or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to Plaintiff's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments must be clearly identified by the name and number assigned to this action.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

**IT IS FURTHER ORDERED** directing the Clerk of the Court to serve a copy of this order on the financial department of the court.

DATED this 23rd day of November, 2009.

/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge, sitting by designation