# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK OTIS NELSON, | Case No. 2:09-cv-00140-MSB |
| Plaintiff, | **ORDER** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, S.C. PECK, D.K. SISTO, SINGH, M. CHIRILA, PICCO, WIFL, K. PANLY, R. KNUDSEN, and JOHN DOES 1-100, | |
| Defendants. | |

  Plaintiff Patrick Otis Nelson, who is confined in the California State Prison, Solano in Vacaville, CA, has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. #1).

  In a previous order, the Court screened Nelson's *pro se* civil rights complaint pursuant to 28 U.S.C. § 1915A and determined that the allegations in the complaint were sufficient for screening purposes to state a claim against Defendant S.C. Peck under the Eighth Amendment. (Dkt. #6 at 3–5). The Court dismissed Nelson's Fourteenth Amendment claim concerning his 2008 disciplinary proceeding, as Nelson sought only to have his good-time credits reinstated (*id.* at 5–7), the sole federal remedy for which is a writ of habeas corpus. (*Id.* at 7).

On May 25, 2010, Nelson filed a Motion for Leave to File a Petition for Writ of Habeas Corpus concerning his 2008 disciplinary proceeding and resulting forfeiture of good-time credits. (Dkt. #16 at 1). A review of this Court's records reveals,[1] however, that Nelson has already filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 concerning his 2008 disciplinary proceeding and forfeiture of good-time credits. *See* Petition for Writ of Habeas Corpus, *Nelson v. Haviland*, No. 2:09-cv-02075-GEB-DAD (E.D. Cal. filed July 29, 2009). That petition is currently pending and became fully briefed as of March 23, 2010. (Dkt. #17). A new habeas petition challenging Nelson's 2008 disciplinary proceeding and forfeiture of good-time credits would therefore be unnecessarily duplicative of his earlier-filed petition.

**Accordingly,**

**IT IS HEREBY ORDERED THAT:**

(1)   Plaintiff's Motion for Leave to File a § 2254 Habeas Petition (Dkt. #16) is **denied**.

DATED this 1st day of June, 2010.

/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge, sitting by designation

---

[1] A court may take judicial notice of its records. *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).