**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PATRICK OTIS NELSON, | ) | No. CV 2:09-cv-00140-MSB |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| S.C. PECK, | ) | |
| Defendant. | ) | |

Defendant's Motion to Defer Consideration of, or Deny Without Prejudice, Plaintiff's Motion for Summary Judgment (Dkt. # 26-1) is GRANTED in part. The Court shall defer consideration of Plaintiff Patrick Nelson's pending Motion for Summary Judgment (Dkt. # 25) until the close of discovery. Defendant shall file his response to Nelson's motion no later than 30 days after the close of discovery.

So ordered this 10th day of August, 2011.

/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge, sitting by designation