**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK OTIS NELSON, | No. 09-cv-00140-MSB |
| Plaintiff, | |
| vs. | **ORDER DENYING PLAINTIFF'S REQUEST FOR A TEMPORARY RESTRAINING ORDER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff's request for a temporary restraining order is hereby **DENIED** as beyond the pleadings in the case. If construed as a proposed amendment to the plaintiff's complaint, it is inadequate to state a plausible claim for relief.

DATED this 19th day of July, 2012

/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge, sitting by designation