UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK OTIS NELSON,<br><br>    Plaintiff,<br><br>  v.<br><br>S. C. PECK, et al.,<br><br>    Defendants. | No. 2:09-cv-0140-EFB P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL THROUGH DISPOSITIVE MOTIONS |

Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The court has found that a limited purpose appointment of counsel for plaintiff is warranted. Yuri Kvichko has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff and has agreed to be appointed for the limited purpose of conducting discovery and filing or opposing dispositive motions, if deemed necessary by appointed counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. Yuri Kvichko is appointed as counsel in the above entitled matter for the limited purpose of conducting discovery and filing or opposing dispositive motions.

2. Yuri Kvichko's appointment will terminate when the order ruling on any dispositive motions has been filed, or upon the expiration of time to file any dispositive motions, if none have been filed. Upon the termination of the appointment, counsel <u>shall have</u> the option of proceeding as plaintiff's appointed counsel for trial <u>if the matter proceeds to</u>

1

trial. If counsel does not notify the court of his wish to continue representation of plaintiff after he has carried out his limited purpose, the court will consider appointing new counsel for plaintiff.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Yuri Kvichko, Law Office of Yuri Kvichko, 980 9th St., Floor 16, Sacramento, CA 95814.

DATED: January 9, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE