UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK OTIS NELSON, | No. 2:09-cv-0140-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| S. C. PECK, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding in an action brought under 42 U.S.C. § 1983. On January 9, 2018, following a remand order from the U.S. Court of Appeals for the Ninth Circuit, the court appointed Yuri Kvichko as counsel for plaintiff for the limited purpose of conducting discovery and filing or opposing dispositive motions. ECF Nos. 52 & 62. Mr. Kvichko has now filed a second motion to withdraw as counsel, following the court's denial of his prior motion, which failed to comply with the requirements of Local Rule 182(d). ECF No. 67. The instant motion now complies with Local Rule 182(d) in that it was noticed for hearing and served on the plaintiff and all other parties who have appeared. It also includes an affidavit stating that plaintiff "has no objections" to counsel withdrawing so long as it does not prejudice plaintiff's case. ECF No. 67-2 ¶ 9. Given plaintiff's absence of objection to counsel's withdrawal and counsel's reasons for withdrawal — a "massive record" combined with limited resources as a sole practitioner and inexperience in this field of law — the motion is granted. If plaintiff seeks appointment of new counsel, he shall promptly make such a request.

1

Good cause appearing, it is hereby ORDERED that the motion to withdraw as counsel (ECF No. 67) is GRANTED and the hearing on the motion, noticed for July 11, 2018, is vacated. IT IS FURTHER ORDERED that within thirty days from the date of this order, the parties (including plaintiff, who now proceeds pro se), shall file a joint status report briefly describing the case and addressing:

    a. Anticipated motions and their scheduling;

    b. Cut-off dates for discovery (including dates for the disclosure of expert witnesses) and law and motion, and dates for pretrial conference and trial;[1] and

    c. Whether a settlement conference should be scheduled.

DATED: June 21, 2018.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] In completing this portion of the status report(s), the parties are informed that this court's typical pretrial schedule requires: (1) initial expert disclosures to be made within approximately sixty (60) days after filing the initial status report(s); (2) motions to compel discovery be briefed and submitted for decision within approximately sixty (60) days after the expert disclosure deadline; (3) discovery be completed within approximately thirty (30) days after the motion to compel deadline; (4) all non-discovery law and motion be briefed and submitted for decision within approximately sixty (60) days after the discovery completion date; (5) a final pretrial conference to be held approximately ninety (90) days after the non-discovery law and motion deadline; and (6) trial to commence approximately ninety (90) days after the final pretrial conference.