UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK OTIS NELSON,<br><br>        Plaintiff,<br><br>    v.<br><br>S. C. PECK, et al.,<br><br>        Defendants. | No. 2:09-cv-0140-TLN-EFB P<br><br>ORDER AND ORDER TO SHOW CAUSE |

Plaintiff is a former state prisoner proceeding in an action brought under 42 U.S.C. § 1983. On June 22, 2018, the court issued an order directing the parties to file a joint status report within thirty days. ECF No. 68. On July 23, 2018, defendant filed a status report on his behalf only, stating that plaintiff could not be reached for purposes of submitting a joint status report. ECF No 69. Accordingly, plaintiff is ordered to show cause why he should not be sanctioned for his failure to comply with the court's order. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

1

Accordingly, good cause appearing, it is hereby ORDERED that:

1. Within thirty days from the date of this order, the parties shall file a joint status report in accordance with the court's June 22, 2018 order. *See* ECF No. 68.

2. Within thirty days from the date of this order, plaintiff shall show cause, in writing, why sanctions should not be imposed for his failure to comply with the court's June 22, 2018 order.

3. Plaintiff is cautioned that failure to comply with this order may result in the dismissal of this case.

DATED: July 25, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE